UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO ANTONIO SALCEDO RODRIGUEZ,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,

Respondent.

No.  1:26-cv-1248 DC AC

FINDINGS & RECOMMENDATIONS

Petitioner, an immigrant detainee proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 17, 2026, respondent filed a motion to dismiss asserting that petitioner had filed a second petition, Salcedo Rodriguez v. Warden (Salcedo Rodriguez II), No. 2:26-cv-0426 DAD CSK (E.D. Cal.), that was duplicative of the instant petition.  ECF No. 5.  Petitioner has not opposed the motion.

The instant petition is dated February 3, 2026, and was received and filed by the Clerk of the Court on February 12, 2026.  ECF No. 1.  The court's records confirm that petitioner filed a second pro se petition, dated February 10, 2026, and filed by the Clerk of the Court on February 13, 2026.  Salcedo Rodriguez II, ECF No. 1.  Although the instant petition was filed first in time, this case has not progressed beyond the filing of the petition and respondent's filing of a motion

1

to dismiss this action as duplicative.[1]  The petition in Salcedo Rodriguez II was accompanied by a motion for a temporary restraining order, which was converted to a motion for a preliminary injunction and granted on March 2, 2026, and briefing on the petition is now complete.  Salcedo Rodriguez II, ECF Nos. 2, 11, 12.  Because the petitions appear to be largely duplicative[2] and preliminary relief has already been granted in Salcedo Rodriguez II, the motion to dismiss should be granted

Accordingly, IT IS HEREBY RECOMMENDED that:

1.  Respondent's motion to dismiss (ECF No. 5) be GRANTED;

2.  Petitioner's application for a writ of habeas corpus be dismissed without prejudice as duplicative of Salcedo Rodriguez v. Warden, No. 2:26-cv-0426 DAD CSK (E.D. Cal.); and

3.  The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **seven** days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1]  Because the court was notified early about the duplicative nature of this case, no briefing was ordered on the petition.

[2]  Although the form petition in this action was competed in Spanish, it appears that petitioner is challenging his detention in immigration custody, as he does in the petition in Salcedo Rodriguez II.

2