UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ANTONIO SALCEDO RODRIGUEZ, | No.  1:26-cv-01248-DC-AC (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, | (ECF Nos. 5, 7) |
| Respondent. | |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 7.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and

1

by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are ADOPTED;

2. Respondent's motion to dismiss (ECF No. 5 is GRANTED;

3. Petitioner's application for a writ of habeas corpus is dismissed without prejudice as duplicative of Salcedo Rodriguez v. Warden, No. 2:26-cv-0426-DAD-CSK (E.D. Cal.); and

4. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **April 3, 2026**

_____
Dena Coggins
United States District Judge